UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL W. BRADLEY,

    Plaintiff,

v.                                    Case No. 3:15cv418/MCR/CJK

S.D., Law Librarian,

    Defendant.
_____/

REPORT AND RECOMMENDATION

On November 18, 2015, the undersigned entered an order (doc. 2) granting plaintiff's motion to proceed *in forma pauperis* and directing the clerk of court to refer the matter to chambers for screening under 28 U.S.C. § 1915(e)(2).  The clerk attempted to mail a copy of the order to plaintiff's address of record, which is the Escambia County law library, 190 Governmental Center, Pensacola, Florida 32502. The mail was returned as undeliverable, and the clerk was unable to locate a forwarding address.  Plaintiff has not contacted the court or provided a current mailing address.  Based on the court's inability to contact plaintiff, the issuance of any further orders in this matter would be futile.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's complaint (doc. 1) be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of his mailing address.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 22nd day of January, 2016.

/s/ Charles J. Kahn, Jr.
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  See U.S.Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**